# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LINDA G. SCHUMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 16-CV-313-JED-FHM |
| | ) |
| RICK PERRY, in his capacity as the | ) |
| United States Secretary of Energy, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, Linda G. Schuman, and Defendant, Rick Perry, in his capacity as the United States Secretary of Energy, by and through R. Trent Shores, United States Attorney for the Northern District of Oklahoma, and Cathryn D. McClanahan, Assistant United States Attorney, and file their Joint Stipulation of Dismissal With Prejudice in accordance with Federal Rule of Civil Procedure 41, and in support thereof, would show the Court as follows:

1. The parties hereby give notice to the Court that they have agreed to dismiss all claims pending in this case with prejudice.

2. Each party is to bear its own costs and attorney fees.

DATED THIS 19th day of October, 2017.

**APPROVED AS TO CONTENT AND FORM:**

s/Cathryn D. McClanahan
*Counsel for Defendant*
Cathryn D. McClanahan, OBA No. 14853
Assistant United States Attorney
United States Attorney's Office
Northern District of Oklahoma
110 West 7th Street, Suite 300
Tulsa, Oklahoma 74119
T: 918-382-2700
cathy.mcclanahan@usdoj.gov
*(Signed by permission of counsel)*

s/Andrea Treiber Cutter
Andrea Treiber Cutter, OBA # 21444
*Counsel for Plaintiff*
**CUTTER LAW FIRM, PLC**
320 S. Boston Avenue, Suite 1030
Tulsa, Oklahoma 74103
(918) 582-0055 (Phone)
(918) 584-1492 (Facsimile)
acutter@cutterlawfirm.com

Of Counsel:
Kathy L. Black, Attorney
Southwestern Power Administration
One West Third Street
Tulsa, Oklahoma 74103
T: 918-595-6605
kathy.black@swpa.gov

**CERTIFICATE OF SERVICE**

       I hereby certify that on October 19, 2017, I electronically transmitted the foregoing to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Cathryn D. McClanahan
cathy.mcclanahan@usdoj.gov
*Counsel for Defendant*

                                              s/Andrea Treiber Cutter
                                              Andrea Treiber Cutter
                                              *Counsel for Plaintiff*